AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Joseph A Carrillo | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 9:20-cv-02790-HMH |
| Well Path | ) |
| *Defendant* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Plaintiff, Joseph A Carrillo, shall take nothing of Defendant, Well Path, as to the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Henry M Herlong, Jr, United States District Judge, presiding. The Court having adopted the Report and Recommendation set forth by the Honorable Molly H Cherry, United States Magistrate Judge.

Date:  July 20, 2021                                *ROBIN L. BLUME, CLERK OF COURT*

                                                                            s/H.Cornwell

                                                                *Signature of Clerk or Deputy Clerk*